In the United States District Court
Eastern District of Arkansas
Western Division

| | |
|---|---|
| Patrice Blackwell | Plaintiff |
| v.  Case No. 4:16-cv-292-SWW | |
| Saline County Recovery, LLC d/b/a Saline County Recovery Service; Terra Morris; Tami Dell; and John Does I-X | Defendants |

# Order

Before the Court is Plaintiff Patrice Blackwell's Motion to Dismiss with Prejudice (Doc. 10). The motion states the parties have resolved this matter and requests Plaintiff's claims against all Defendants be dismissed with prejudice. Upon consideration, the Court finds the motion should be and hereby is granted. Plaintiff's claims against all Defendants are hereby dismissed with prejudice.

IT IS SO ORDERED, this 15th day of August, 2016.

/s/Susan Webber Wright

United States District Judge